# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

PAUL MIHAILIDES,

    Plaintiff,

v.

ROGER KASLE, an individual,
CHRIS McCARDELL, an individual,
and PACIFIC SPORTING ARMS EAST,
INC., a Michigan Corporation,

    Defendants,

Case No.: 18-11069
Anthony P. Patti
United States Magistrate Judge

## **ORDER ADJOURNING CERTAIN DATES**

WHEREAS, the parties previously stipulated to the adjournment of discovery and settlement conference in order to accommodate time to complete Plaintiff's deposition;

WHEREAS, the Court entered an order consistent with that stipulation adjourning discovery until February 25, 2019 and adjourning the settlement conference to March 26, 2019;

WHEREAS, Plaintiff has indicated he will not be available for a deposition until March 14, 2019;

WHEREAS, Defendant Court Officer McCardell is available for a deposition on March 19, 2019;

WHEREAS, the above dates for depositions have been confirmed by all parties;

WHEREAS, all parties having stipulated and agreed and the court otherwise being fully advised on the premises;

IT IS HEREBY ORDERED that discovery in this matter closes on March 20, 2019.

IT IS FURTHER ORDERED that the parties shall submit their summaries regarding their affirmative defenses pursuant to this Court's previous order [Dkt 35], no later than March 25, 2019.

IT IS FURTHER ORDERED that the dispositive motion deadline is adjourned to April 19, 2019.

IT IS SO ORDERED.

Dated: February 19, 2019          s/Anthony P. Patti
                                                       ANTHONY P. PATTI
                                                      U.S. MAGISTRATE JUDGE